ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 0 7 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES LOWE, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION
) NO: 1:11-cv-03324-JFK
EOS REAL ESTATE MANAGEMENT )
GROUP, LLC, )
)
    Defendant. )
)

### ORDER

This matter comes before the Court on the Joint Motion for Approval of Settlement Agreement [Doc. No. 27-1].

The Parties have requested that the Court review and approve the parties' proposed Agreement and Release because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 20 U.S.C. § 201 *et seq.* The Court has reviewed the proposed Agreement and Release and finds that the settlement is a fair and reasonable resolution of the dispute.

Accordingly, the Joint Motion for Approval of Settlement Agreement is [Doc. No. 27] is **GRANTED** and the Settlement Agreement [Doc 27-1] is **APPROVED** and incorporated herein. This Court shall

retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

**IT IS SO ORDERED**, this 7th day of May, 2012.

_____
The Honorable Janet F. King
Judge, United States District
Court, Northern District of Georgia